JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOSSEIN KHOZAG RASHIDI, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company; and DOES 1-10, inclusive,<br><br>Defendant. | Case No. 8:24-cv-00903-AB-SSC<br><br>**ORDER DISMISSING CIVIL ACTION** |

The Court has been advised that this action has been settled. Having reviewed the Parties' stipulation, and finding good cause therein, IT IS HEREBY ORDERED: that this case is **DISMISSED** with prejudice. Each party to bear its own costs and fees, unless otherwise agreed.

**IT IS SO ORDERED.**

Dated: October 24, 2024

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE